

**CRIVELLO CARLSON S.C.**
ATTORNEYS

Mary E. Nelson
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7539
Email: mnelson@crivellocarlson.com

December 21, 2022

Ms. Rae Anne Mueller
11312 Robin Road
Marshfield, WI 54449

Re:   Tiffany Hainz v. City of Marshfield, et al.
      Case No. 21-CV-800

Dear Ms. Mueller:

I am sorry for your loss and I apologize for the timing of my letter.

In follow up to your conversations with Sarah Crandall, I enclose a copy of Defendants' Suggestion of Death Pursuant to F.R.C.P. 25(a)(1) that has been filed with the court. It is my understanding that you have graciously agreed to accept service of this document via mail, and I thank you. To acknowledge and confirm receipt of service of Defendants' Suggestion of Death Pursuant to F.R.C.P. 25(a)(1), I ask that you please sign the enclosed copy of this letter and return it to me in the enclosed self-addressed stamped envelope.

If you have any questions, please contact Ms. Crandall.

Thank you.

Very truly yours,

MARY E. NELSON

MEN/gbn
Enclosures
Cc:   Ms. Sarah Furey Crandall (w/enclosure)

I hereby acknowledge and confirm receipt of service of Defendants' Suggestion of Death Pursuant to F.R.C.P. 25(a)(1).

Date: 12-27-22                                    Rae Ann Mueller